UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEREMY HANNAFORD,

          Plaintiff,

   v.

TIEN TA,

          Defendant.

Case No. C23-2015-RAJ

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

    Because plaintiff does not appear to have funds available to afford the $405 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED. The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

    Dated this 4th day of January, 2024.

                              S. KATE VAUGHAN
                              United States Magistrate Judge